**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

In re                                                                                   Case No. 01-50704-JWV

**GEORGE L. YOUNG**,
   Debtor.                                                                     CHAPTER 7

**NOTICE OF TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e)(2) and LOCAL RULE 3084-1**

To:        William M. Siglin
              Box 365
              Woodward, IA  50276-0365

The transfer of your claim file on January 24, 2002 in the amount of $969,250.00 has been transferred (unless previously expunged by court order ) to:

        The William M. Siglin Revocable Living Trust
        c/o William M. Siglin, Trustee
        Box 365
        Woodward, IA  50276-0365

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

      -   FILE A WRITTEN OBJECTION TO THE TRANSFER with:

          United States Bankruptcy Court
          Western District of Missouri
          400 East 9th Street
          Kansas City, Missouri  64106

      -   SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.

Refer to INTERNAL CONTROL No. _____ in your objection.  If you file an objection, a hearing will be scheduled.  IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

                                                          Intake Clerk

---------------------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first named party, by first class mail, post prepaid on
_____, 2004.
INTERNAL CONTROL NO. _____
Claims Agent Noticed:  (Name of Outside Agent)
Copy to Transferee: _____

                                                                Deputy Clerk

## ASSIGNMENT OF CLAIM IN BANKRUPTCY

**THIS ASSIGNMENT OF CLAIM IN BANKRUPTCY** ("Assignment") is made and entered into to be effective the 31st day of July, 2004, by **WILLIAM M. SIGLIN**, a resident of the state of Iowa, whose address is Box 365, Woodward, Iowa 50276-0365 ("Assignor") for the benefit of the **WILLIAM M. SIGLIN REVOCABLE LIVING TRUST**, an Iowa revocable living trust, its successors and assigns with a business address of Box 365, Woodward, Iowa 50276-0365 ("Assignee").

### W I T N E S S E T H :

**FOR VALUE RECEIVED**, Assignor hereby grants, transfers and assigns to Assignee, its successors and assigns, all of Assignor's rights and interest in those certain claims in bankruptcy ("Claim") listed on **Exhibit "A"** attached hereto and incorporated herein, for the purpose of transferring said Claim to the Assignor's revocable living trust.

### ASSIGNOR AGREES:

1. <u>Defense of Claim</u>.  Assignor shall faithfully defend the Claim as is required under the facts and circumstances as exist at the time of the need for such defense until conclusion of the underlying bankruptcy proceedings.

2. <u>Present Assignment</u>.  This Assignment shall constitute a perfected, absolute and present assignment.  Assignor hereby authorizes and directs the trustee(s) in bankruptcy to pay such monies due and owing to Assignor, to Assignee, its successors or assigns.

3. <u>Documentation</u>.  Assignor shall execute and deliver all documents that may be required by Assignee, its successors or assigns, or by the other parties under the Claim, to effectuate the purpose of this Assignment.

**IN WITNESS WHEREOF**, Assignor has executed this Assignment as of the day and year first above written.


                By:_____/s/ William M. Siglin_____
                      William M. Siglin

                **ASSIGNOR**

## **EXHIBIT "A"**

Assignor's Claim in Bankruptcy, in the amount of $969,250.00, filed in the following bankruptcy cases, all proceedings being conducted in the United State Bankruptcy Court for the Western District of Missouri:

| | |
|---|---|
| George L. Young | Case No. 01-50704 |
| Professional Business Services | Case No. 01-50707 |
| Rio Baca/Rio Timba | Case No. 01-44518 |