FINAL DISTRIBUTION

| CLAIMANT | CLAIM # | FILED CLAIM AMOUNT | COMMENT | ALLOWED CLAIM AMOUNT | PAYEE | INITIAL PROPOSED PAYMENT | INTERIM DISTRIBUTION | FINAL PAYMENT |
|---|---|---|---|---|---|---|---|---|
| Alan J. Neuberger | GLY 70 | 3,137,920.95 | | 3,137,920.95 | Claimant | $139,104.04 | $125,193.63 | $26,990.03 |
| Alfred Neuberger Cattle Company | GLY 67 | 3,721,947.00 | | 3,721,946.63 | Claimant | $164,993.89 | $148,494.50 | $32,013.38 |
| Avery, James & Vivian | GLY 5 | 32,000.00 | | 32,000.00 | Claimant | $1,418.56 | $1,276.70 | $275.24 |
| Baker, George | GLY 61 | 10,000.00 | | 10,000.00 | Claimant | $443.30 | $398.97 | $86.01 |
| Bandstra, John | GLY 23 | 644,295.00 | Assigned to Bank | 644,294.70 | Marion State Bank | $28,561.58 | $25,705.43 | $5,541.74 |
| Bliss, Calvin | GLY198 | 264,611.85 | | 264,612.14 | Claimant | $11,730.26 | $10,557.23 | $2,275.99 |
| Bogaards, Jeff | GLY 44 | 618,302.12 | Claim Assigned to BK | 589,894.75 | Marion State Bank | $26,150.03 | $23,535.03 | $5,073.83 |
| Bonfiglio, Don & Jill | GLY 4 | 10,000.00 | | 10,000.00 | Claimant | $443.30 | $398.97 | $86.01 |
| Boot, Darrell | GLY 40 | 151,416.87 | | 151,416.87 | Claimant | $6,712.31 | $6,041.08 | $1,302.37 |
| Boot, Vernon | GLY 39 | 375,437.30 | | 375,437.30 | Claimant & Mahaska State Bank | $16,643.14 | $14,978.82 | $3,229.23 |
| Boswell LS Inc. | GLY 38 | 1,252,000.00 | | 973,609.92 | 50% Farmers Bank of Northen Missouri 50% US Bank | $43,160.13 | $38,844.11 | $8,374.26 |
| Bowman, Janet | GLY 8 | 553,538.48 | | 184,246.79 | Claimant | $8,167.66 | $7,350.89 | $1,584.75 |
| Bretschneider, Gale | ULS 140 | 149,914.60 | | 149,914.60 | Claimant | $6,645.71 | $5,981.14 | $1,289.45 |
| Briarcliff West Realty Co. | PBS | 99,120.42 | Rent-Gary Barnes | 99,120.42 | Claimant | $4,394.01 | $3,954.61 | $852.56 |
| Campbell, Kenneth | ULS 6 | 10,000.00 | | 10,000.00 | Claimant | $443.30 | $398.97 | $86.01 |
| Central Plains Land & Cattle Co. | GLY 149 | 6,537,343.41 | Assigned to Bank | 6,537,343.41 | Wells Fargo | $289,800.43 | $260,820.39 | $56,229.30 |
| Ciarrocchi, Hilda & Pat | ULS 5 | 170,000.00 | | 170,000.00 | Claimant | $7,536.10 | $6,782.49 | $1,462.21 |
| Cooley Farm Services, Inc. | GLY 21 | 2,238,204.41 | | 2,232,753.32 | Claimant | $98,977.95 | $89,080.16 | $19,204.46 |
| Cowan, Gene | GLY 208 | 1,450,000.00 | | 1,313,304.25 | Claimant | $58,218.78 | $52,396.90 | $11,296.05 |
| Currey Land Company | GLY 151 | 3,451,533.21 | Assigned to Bank | 3,451,533.21 | Wells Fargo | $153,006.47 | $137,705.82 | $29,687.49 |
| Currey, Richard | GLY 164 | 621,540.35 | | 621,540.35 | Claimant & Cattle National Bank | $27,552.88 | $24,797.60 | $5,346.02 |
| Currey's of Nebraska | ULS 135 | 3,373,755.48 | Assigned to Bank | 3,373,755.48 | Wells Fargo | $149,558.58 | $134,602.72 | $29,018.50 |
| Curry Kids, Inc. | GLY 150 | 6,184,958.71 | Assigned to Bank | 6,184,958.71 | Wells Fargo | $274,179.22 | $246,761.30 | $53,198.35 |
| Darrell Dieleman | GLY 180 | 226,227.04 | | 320,952.10 | Claimant | $14,227.81 | $12,805.03 | $2,760.59 |
| DeCook, Don | PBS 166 | 39,692.00 | Claim only includes feed c | 189,993.91 | Claimant | $8,422.43 | $7,580.19 | $1,634.18 |
| DeCook, Robert & Sandy | GLY 188 | 199,016.86 | | 290,617.80 | Claimant | $12,883.09 | $11,594.78 | $2,499.68 |
| Determan, Bill & Susan | ULS 19 | 200,206.30 | | 200,206.30 | Claimant | $8,875.15 | $7,987.63 | $1,722.02 |
| Doernemann Cattle LLC | GLY 147 | 96,891.22 | | 99,665.62 | Claimant | $4,418.18 | $3,976.36 | $857.25 |
| Donnelley, Thorne Jr. | GLY 191 | 91,789.47 | GLY 191 & 190 Combined | 277,171.92 | Claimant | $12,287.03 | $11,058.33 | $2,384.02 |
| Donnelley, Thorne Jr. | GLY 190 | 108,515.42 | Interim Dist. Never cashed | | | $0.00 | $0.00 | $0.00 |

FINAL DISTRIBUTION

| CLAIMANT | CLAIM # | FILED CLAIM AMOUNT | COMMENT | ALLOWED CLAIM AMOUNT | PAYEE | INITIAL PROPOSED PAYMENT | INTERIM DISTRIBUTION | FINAL PAYMENT |
|---|---|---|---|---|---|---|---|---|
| Due, Dale C. and Dorothy K. | GLY 179 | 3,940,484.43 | Allow $1,762,107.54 by agreement | 1,762,107.54 | Claimant & First National Bank of Exeter | $78,114.23 | $70,302.80 | $15,156.32 |
| Due, Timothy J. Due and Kim M. | GLY 192 | 3,303,032.01 | Allow $1,483,626.91 by agreement | 1,483,626.91 | Claimant & First National Bank of Exeter | $65,769.18 | $59,192.26 | $12,761.04 |
| E&J Cattle Company | GLY 69 | 1,310,002.97 | | 1,310,002.07 | Claimant | $58,072.39 | $52,265.15 | $11,267.65 |
| Eckert, Loren | GLY 42 | 509,789.33 | Assigned to Bank | 458,949.31 | Elkhorn Valley Bank | $20,345.22 | $18,310.70 | $3,947.54 |
| Eggerling Farms, Inc. | ULS 148 | 5,451,794.61 | Assigned to Bank | 5,212,692.97 | Elkhorn Valley Bank | $231,078.68 | $207,970.81 | $44,835.65 |
| Eggerling Investments, Ltd. | GLY 168 | 5,221,794.88 | Assigned to Bank | 5,561,539.19 | Elkhorn Valley Bank | $246,543.03 | $221,888.73 | $47,836.17 |
| Eggerling, Gerald | GLY 171 | 5,221,794.95 | Assigned to Bank | 5,561,539.19 | Elkhorn Valley Bank | $246,543.03 | $221,888.73 | $47,836.17 |
| Estate of Richard D. Van Lunen | GLY 154 | 2,294,500.00 | | 1,494,500.00 | Claimant | $66,251.19 | $59,626.07 | $12,854.56 |
| Estate of William Bogaards | GLY 125 | 89,499.39 | All Bogaard claims combined | 1,663,072.57 | Marion County State Bank | $73,724.01 | $66,351.61 | $14,304.50 |
| Estate of William Bogaards | GLY 126 | 89,681.28 | | | | $0.00 | $0.00 | $0.00 |
| Estate of William Bogaards | GLY 127 | 99,972.88 | | | | $0.00 | $0.00 | $0.00 |
| Estate of William Bogaards | GLY 128 | 109,926.40 | | | | $0.00 | $0.00 | $0.00 |
| Estate of William Bogaards | GLY 129 | 129,578.83 | | | | $0.00 | $0.00 | $0.00 |
| Estate of William Bogaards | GLY 130 | 139,818.00 | | | | $0.00 | $0.00 | $0.00 |
| Estate of William Bogaards | GLY 131 | 168,499.31 | | | | $0.00 | $0.00 | $0.00 |
| Estate of William Bogaards | GLY 133 | 176,145.93 | | | | $0.00 | $0.00 | $0.00 |
| Estate of William Bogaards | GLY 132 | 263,988.34 | | | | $0.00 | $0.00 | $0.00 |
| Fleener, Mason | GLY 174 | 476,408.32 | | 476,408.32 | Claimant & United Bank of Iowa | $21,119.18 | $19,007.26 | $4,097.71 |
| Floyd, Harry | RB 115 | 93,400.00 | Claimaint | 99,120.16 | Claimant | $4,394.00 | $3,954.60 | $852.56 |
| Fox, Richard & Stuart | GLY 176 | 121,898.35 | | 121,898.35 | Claimant | $5,403.75 | $4,863.38 | $1,048.48 |
| Frazier, Mike | GLY 175 | 715,053.97 | | 715,053.97 | Claimant & Cattle National Bank | $31,698.34 | $28,528.51 | $6,150.36 |
| Fritchey, George & Mary | GLY 19 | 822,447.20 | | 822,447.20 | Claimant | $36,459.08 | $32,813.18 | $7,074.07 |
| Fritchey, Tony | GLY 18 | 251,436.58 | | 251,426.58 | Claimant | $11,145.74 | $10,031.17 | $2,162.58 |
| G.E. Cattle Co. | ULS 139 | 5,451,794.61 | Assigned to Bank | 5,212,692.97 | Elkhorn Valley Bank | $231,078.68 | $207,970.81 | $44,835.65 |
| Grauf Cattle Farms Inc and Jerry | GLY 210 | 6,400,000.00 | | 5,862,445.36 | Claimant | $260,000.00 | $234,000.00 | $50,424.33 |
| Hammond, Jim & Dottie d/b/a J&D | GLY 148 | 281,977.85 | | 281,977.85 | Claimant | $12,500.08 | $11,250.07 | $2,425.36 |
| Hansen, Deb | GLY 153 | 97,091.73 | | 97,091.73 | Claimant | $4,304.08 | $3,873.67 | $835.11 |
| Hansen, Forest | ULS 138 | 97,091.73 | | 97,091.73 | Claimant | $4,304.08 | $3,873.67 | $835.11 |

FINAL DISTRIBUTION

| CLAIMANT | CLAIM # | FILED CLAIM AMOUNT | COMMENT | ALLOWED CLAIM AMOUNT | PAYEE | INITIAL PROPOSED PAYMENT | INTERIM DISTRIBUTION | FINAL PAYMENT |
|---|---|---|---|---|---|---|---|---|
| Hansen, Mark | GLY 173 | 1,095,643.24 | | 1,095,643.24 | Claimant & United Bank of Iowa | $48,569.86 | $43,712.88 | $9,423.90 |
| Harley Ver Meer | GLY 134 | 191,100.00 | | 227,669.42 | Claimant | $10,092.59 | $9,083.33 | $1,958.24 |
| Hayes, Harry | GLY 161 | 3,061,251.85 | | 3,015,645.15 | Claimant | $133,683.55 | $120,315.19 | $25,938.31 |
| Hoffman Brothers | GLY 139 | 24,162.34 | | 24,162.34 | Claimant | $1,071.12 | $964.00 | $207.83 |
| Houchins, Allen & Sara | GLY 13 | 506,346.61 | | 526,142.48 | Claimant | $23,323.90 | $20,991.51 | $4,525.48 |
| Houchins, Dallas A. | GLY 17 | 5,600.00 | Same as GLY 15 | 5,600.00 | Claimant | $248.25 | $223.42 | $48.17 |
| Houchins, James | GLY 15 | 5,600.00 | Same as GLY 17 | 5,600.00 | Claimant | $248.25 | $223.42 | $48.17 |
| Houchins, Sara | GLY 14 | 8,000.00 | | 8,000.00 | Claimant | $354.64 | $319.18 | $68.81 |
| Internal Revenue Service | GLY 211 | 4,102.59 | Priority | 4,102.59 | Claimant | $181.87 | $163.68 | $35.29 |
| Jesske, Judson J | GLY 200 | 124,937.00 | | 107,824.17 | Claimant | $4,779.85 | $4,301.86 | $927.42 |
| Jones, David R. | GLY 181 | 2,933,160.00 | | 2,933,160.00 | | $130,026.98 | $117,024.28 | $25,228.83 |
| Jordening, Robin c/o Curreys of N | GLY 189 | 405,407.65 | | 405,407.65 | Claimant | $17,971.72 | $16,174.55 | $3,487.01 |
| Kamerick, Louie | GLY 52 | 89,681.28 | Allow $3,004,377.88 total for all claims-Assigned to Marion County State Bank | 3,004,377.88 | Marion State Bank | $133,184.07 | $119,865.66 | $25,841.39 |
| Kamerick, Louie | GLY 58 | 114,248.28 | | | | $0.00 | $0.00 | $0.00 |
| Kamerick, Louie | GLY 51 | 140,069.40 | | | | $0.00 | $0.00 | $0.00 |
| Kamerick, Louie | GLY 46 | 172,777.42 | | | | $0.00 | $0.00 | $0.00 |
| Kamerick, Louie | GLY 48 | 186,300.00 | | | | $0.00 | $0.00 | $0.00 |
| Kamerick, Louie | GLY 54 | 190,800.00 | | | | $0.00 | $0.00 | $0.00 |
| Kamerick, Louie | GLY 55 | 196,200.00 | | | | $0.00 | $0.00 | $0.00 |
| Kamerick, Louie | GLY 62 | 216,900.00 | Amends GLY 53 | | | $0.00 | $0.00 | $0.00 |
| Kamerick, Louie | GLY 63 | 231,735.24 | Amends GLY 60 | | | $0.00 | $0.00 | $0.00 |
| Kamerick, Louie | GLY 56 | 237,600.00 | | | | $0.00 | $0.00 | $0.00 |
| Kamerick, Louie | GLY 65 | 247,500.00 | Amends GLY 59 | | | $0.00 | $0.00 | $0.00 |
| Kamerick, Louie | GLY 57 | 250,200.00 | | | | $0.00 | $0.00 | $0.00 |
| Kamerick, Louie | GLY 64 | 252,000.00 | Amends GLY 50 | | | $0.00 | $0.00 | $0.00 |
| Kamerick, Louie | GLY 49 | 273,600.00 | | | | $0.00 | $0.00 | $0.00 |
| Kamerick, Louie | GLY 47 | 604,800.00 | | | | $0.00 | $0.00 | $0.00 |
| Kolb, Denny | GLY 83 | 305,464.15 | | 570,355.69 | Claimant & United Bank of Iowa | $25,283.87 | $22,755.48 | $4,905.77 |
| Kuchta Farms, Inc. | GLY 184 | 4,827,794.63 | Assigned to Bank | 4,588,692.97 | Elkhorn Valley Bank | $203,416.76 | $183,075.08 | $39,468.48 |
| Kuchta, Rick | GLY 187 | 5,221,794.96 | Assigned to Bank | 5,561,539.19 | Elkhorn Valley Bank | $246,543.03 | $221,888.73 | $47,836.17 |
| LAN Cattle Company | GLY 68 | 2,611,382.65 | | 2,611,382.65 | Claimant | $115,762.59 | $104,186.33 | $22,461.14 |

FINAL DISTRIBUTION

| CLAIMANT | CLAIM # | FILED CLAIM AMOUNT | COMMENT | ALLOWED CLAIM AMOUNT | PAYEE | INITIAL PROPOSED PAYMENT | INTERIM DISTRIBUTION | FINAL PAYMENT |
|---|---|---|---|---|---|---|---|---|
| Livestock Concept, Inc. | GLY 37 | 2,993.92 | | 2,993.92 | Claimant | $132.72 | $119.45 | $25.75 |
| Livestock Concept, Inc. | GLY 1 | 7,993.92 | | 7,993.92 | Claimant | $354.37 | $318.93 | $68.76 |
| Messinger, Alan and Van Korell | GLY 167 | 633,685.61 | | 633,685.61 | Claimant | $28,091.28 | $25,282.15 | $5,450.49 |
| Mitchell, Jean | GLY 7 | 11,000.00 | | 11,000.00 | Claimant | $487.63 | $438.87 | $94.61 |
| Mo. Dept. of Agriculture | ULS 15 | 15,589.00 | | 15,589.00 | Claimant | $691.06 | $621.95 | $134.08 |
| Murphy, Cara | GLY 112 | 175,000.00 | | 147,300.00 | Claimant | $6,529.81 | $5,876.83 | $1,266.96 |
| Murphy, Norma K. | GLY 111 | 68,000.00 | | 58,500.00 | Claimant | $2,593.31 | $2,333.97 | $503.17 |
| O'Brien, Dennis | GLY 1 | 40,000.00 | Docs. Supporting Attached | 40,000.00 | Claimant | $1,773.20 | $1,595.88 | $344.05 |
| O'Brien, Terrence P. | GLY 3 | 40,000.00 | Stale Check | 40,000.00 | Claimant | $1,773.20 | $1,595.88 | $344.05 |
| Oertwich, Randy | GLY 163 | 1,729,867.76 | | 1,729,867.76 | Claimant | $76,685.04 | $69,016.53 | $14,879.02 |
| Parmley, Bob | GLY 41 | 156,207.77 | Assigned to Bank | 149,098.10 | US Bank | $6,609.52 | $5,948.57 | $1,282.43 |
| Patricia Houchins Trustee Alaina Ciarrocchi | GLY 10 | 2,000.00 | | 2,000.00 | Claimant | $88.66 | $79.79 | $17.20 |
| Patricia Houchins Trustee Anthony Ciarrocchi | GLY 11 | 2,068.00 | | 2,068.00 | Claimant | $91.67 | $82.51 | $17.79 |
| Patrick, Michael T. & Maakestad, | GLY 145 | 451,330.89 | | 415,153.84 | Claimant & Mahaska State Bank | $18,403.77 | $16,563.39 | $3,570.84 |
| Pauly, Ervin and Niessen, Darrel | GLY 85 | 131,076.11 | | 131,076.11 | 1/3 Claimant and 2/3 United Bank of Iowa | $5,810.60 | $5,229.54 | $1,127.42 |
| Pauly, Ervin and Niessen, Darrel | GLY 86 | 227,168.16 | | 227,168.16 | 1/3 Claimant and 2/3 United Bank of Iowa | $10,070.36 | $9,063.33 | $1,953.93 |
| Pearson, Roger E. | GLY 27 | 1,220,000.00 | | 922,036.08 | Claimant | $40,873.86 | $36,786.47 | $7,930.66 |
| Putensen, Douglas | GLY 87 | 466,576.35 | | 2,131,573.28 | Claimant and United Bank of Iowa | $94,492.64 | $85,043.38 | $18,334.19 |
| Putensen, Douglas | GLY 88 | 1,069,089.40 | Combine into one amount | | | $0.00 | $0.00 | $0.00 |
| Putensen, Douglas | GLY 89 | 1,103,020.00 | Combne into one amount | | | $0.00 | $0.00 | $0.00 |
| R&R Feedyards | GLY 186 | 1,339,040.40 | Joint Checks S/R | 184,900.86 | Claimant & Jones National Bank | $8,196.66 | $7,376.99 | $1,590.38 |
| Ricenbaw, Dorothy | GLY 183 | 738,886.00 | | 248,732.60 | Claimant | $11,026.32 | $9,923.68 | $2,139.41 |
| Ricenbaw, Todd | GLY 193 | 814,135.00 | Joint Checks S/R | 1,125,408.78 | Claimant & Jones National Bank | $49,889.37 | $44,900.43 | $9,679.92 |
| Riessen, David | GLY 90 | 205,176.40 | | 187,894.63 | Claimant and United Bank of Iowa | $8,329.37 | $7,496.43 | $1,616.13 |
| Rietveld, Bradley J. and Holly J. | GLY 33 | 234,311.85 | Combine three claims | 453,669.92 | Claimant | $20,111.19 | $18,100.07 | $3,902.13 |

4

FINAL DISTRIBUTION

| CLAIMANT | CLAIM # | FILED CLAIM AMOUNT | COMMENT | ALLOWED CLAIM AMOUNT | PAYEE | INITIAL PROPOSED PAYMENT | INTERIM DISTRIBUTION | FINAL PAYMENT |
|---|---|---|---|---|---|---|---|---|
| Rietveld, Bradley J. and Holly J. | GLY 31 | 270,045.00 | | | | $0.00 | $0.00 | $0.00 |
| Rietveld, Bradley J. and Holly J | GLY 34 | 206,304.00 | | | Claimant | $0.00 | $0.00 | $0.00 |
| Rietveld, Dirk D. | GLY 36 | 144,752.00 | Combined three claims | 355,004.57 | Claimant | $15,737.35 | $14,163.62 | $3,053.48 |
| Rietveld, Dirk D. | GLY 35 | 333,250.00 | | | | $0.00 | $0.00 | $0.00 |
| RL Financial Group | ULS 144 | 8,528,205.00 | Assigned to Bank | 8,528,205.00 | Elkhorn Valley Bank | $378,055.33 | $340,249.79 | $73,353.19 |
| Rob-Run Inc. | GLY 204 | 1,672,321.08 | Extended Claims Deadline | 619,551.99 | Claimant | $27,464.74 | $24,718.27 | $5,328.92 |
| Rob-Run Inc. | GLY 203 | 3,153,580.52 | Extended Claims Deadline | | | $0.00 | $0.00 | $0.00 |
| Robus, Ken | GLY 202 | 272,117.14 | Assigned to Bank | 762,441.94 | US Bank | $33,799.05 | $30,419.15 | $6,557.95 |
| Rogers, Everett dba Circle R Ranch | GLY 110 | 178,901.50 | UNRESOLVED | 4,035,517.10 | Claimant | $178,894.47 | $161,005.03 | $34,710.48 |
| Rogers, Everett dba Circle R Ranch | GLY 109 | 3,658,767.10 | Combined with GLY 196 | | | $0.00 | $0.00 | $0.00 |
| Ross, Larry | GLY 197 | 1,573,428.00 | | 995,525.56 | Claimant | $44,131.65 | $39,718.48 | $8,562.76 |
| SE Farms Inc. | GLY 177 | 824,455.77 | Assigned to Bank | 824,455.77 | Elkhorn Valley Bank | $36,548.12 | $32,893.31 | $7,091.35 |
| Siglin, William M. | GLY 142 | 969,250.00 | | 615,815.52 | 1/2 William P. Siglin, Jr. and 1/2 Lola Ann Siglin | $27,299.10 | $24,569.19 | $5,296.78 |
| Sokol, Sergi & Marilyn | GLY 24 | 22,500.00 | | 22,500.00 | Claimant | $997.43 | $897.68 | $193.53 |
| State Savings Bank | GLY 117 | 635,000.00 | | 629,612.73 | Claimant | $27,910.73 | $25,119.66 | $5,415.45 |
| Steele, John | GLY 28 | 18,080.00 | | 18,984.00 | Claimant | $841.56 | $757.40 | $163.29 |
| Susie D's Farms, Inc. | ULS 17 | 105,155.37 | | 463,022.25 | Claimant | $20,525.78 | $18,473.20 | $3,982.57 |
| Susie D's Farms, Inc. | ULS 20 | 110,734.00 | | | | $0.00 | $0.00 | $0.00 |
| Susie D's Farms, Inc. | ULS 16 | 117,286.90 | | | | $0.00 | $0.00 | $0.00 |
| Susie D's Farms, Inc. | ULS 18 | 129,845.98 | | | | $0.00 | $0.00 | $0.00 |
| Swartz, Nancy | GLY 16 | 20,000.00 | | 20,000.00 | Claimant | $886.60 | $797.94 | $172.02 |
| T.E. Farms | GLY 178 | 1,070,170.71 | Assigned to Bank | 1,070,170.71 | Elkhorn Valley Bank | $47,440.67 | $42,696.60 | $9,204.80 |
| Terlouw, Keith | GLY 166 | 398,784.00 | | 401,977.32 | Claimant | $17,819.65 | $16,037.69 | $3,457.51 |
| Thielen, Dean | GLY 152 | 790,496.87 | MY Pship advanced $690,496.87 | 100,000.00 | Claimant | $4,433.00 | $3,989.70 | $860.12 |
| Triggs, Kim | PBS 132 | 1,137,040.33 | | 1,113,740.33 | Claimant & United Bank of Iowa | $49,372.11 | $44,434.90 | $9,579.55 |
| Unionville Vet Clinic | GLY 20 | 567.60 | | 567.60 | Claimant | $25.16 | $22.65 | $4.88 |
| United Bank of Iowa | GLY 103 | 183,836.67 | Joint Checks S/R | 608,714.45 | United Bank of Iowa & Thomas Stewart | $26,984.31 | $24,285.88 | $5,235.70 |
| United Bank of Iowa | GLY 104 | 212,288.18 | | | | $0.00 | $0.00 | $0.00 |

FINAL DISTRIBUTION

| CLAIMANT | CLAIM # | FILED CLAIM AMOUNT | COMMENT | ALLOWED CLAIM AMOUNT | PAYEE | INITIAL PROPOSED PAYMENT | INTERIM DISTRIBUTION | FINAL PAYMENT |
|---|---|---|---|---|---|---|---|---|
| United Bank of Iowa | GLY 105 | 305,454.09 | | | | $0.00 | $0.00 | $0.00 |
| Van Ee, Edward | GLY 116 | 379,598.62 | US Bank Claim | 379,598.62 | US Bank | $16,827.61 | $15,144.85 | $3,265.02 |
| Van Ee, Fred | PBS 165 | 57,840.71 | | 366,913.62 | Claimant | $16,265.28 | $14,638.75 | $3,155.91 |
| Vande Voort, Jim J&J Vande Voort | GLY 143 | 276,342.40 | | 276,342.40 | Claimant | $12,250.26 | $11,025.23 | $2,376.89 |
| Vanderkieft, Gerald | GLY 25 | 631,613.72 | | 631,613.72 | Claimant | $27,999.44 | $25,199.49 | $5,432.66 |
| Vanderpol, Harry | GLY 43 | 608,575.70 | Assigned to Bank | 608,714.45 | Claimant & NW State Bank | $26,984.31 | $24,285.88 | $5,235.70 |
| Vanderpol, Lyle | GLY 45 | 136,866.76 | | 136,866.76 | Claimant & NW State Bank | $6,067.30 | $5,460.57 | $1,177.22 |
| Ver Meer, Harley | GLY 135 | 99,450.00 | | 227,669.42 | Claimant | $10,092.59 | $9,083.33 | $1,958.24 |
| Ver Meer, Harley | GLY 136 | 115,050.00 | | | | $0.00 | $0.00 | $0.00 |
| Ver Meer, Harley | GLY 160 | 191,100.00 | | | | $0.00 | $0.00 | $0.00 |
| Weitzenkamp Farms, Inc. | GLY 165 | 919,630.43 | | 919,630.43 | Claimant | $40,767.22 | $36,690.50 | $7,909.97 |
| White, Gene | GLY 157 | 394,349.79 | | 394,349.79 | Claimant | $17,481.53 | $15,733.37 | $3,391.90 |
| Young, David L. & Robin A. | PBS 99 | 684,180.53 | Assigned to Bank | 497,752.68 | Farmers Bank of Northen Missouri | $22,065.38 | $19,858.84 | $4,281.29 |
| Zalman, Mike | ULS 143 | 1,121,813.72 | | 1,121,513.72 | Claimant & Cattle National Bank | $49,716.70 | $44,745.03 | $9,646.42 |
| TOTAL | | | | 134,473,683.86 | | $5,961,336.20 | $5,365,202.58 | $1,156,641.23 |