UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In Re: )
GEORGE L.YOUNG )
) Case no. 01-50704
Debtor(s) )

MOTION TO DEPOSIT FUNDS INTO
COURT REGISTRY FUND

COMES NOW Robert A. Pummill, Trustee, and requests the following

Uncashed checks, listed below over ninety (90) days old, be deposited

to the Court Registry Fund.

Bank account with Chase Manhattan Bank, account No. 312-8735141-66

| Check No. | Issued | Paid to | Amount |
|---|---|---|---|
| 137 | 8/30/05 | Thorne Donnelly | $11,058.33 |
| 147 | 8/30/05 | Expanets | $ 7.21 |
| 184 | 8/30/05 | Terrence O'Brien | $ 1,595.88 |
| 254 | 2/4/08 | Darrell Boot | $ 1,302.37 |
| 315 | 2/6/08 | Jean Mitchell | $ 94.61 |
| 344 | 2/6/08 | Lola Siglin | $ 2,648.39 |
| 367 | 2/7/08 | Thorne Donnelly | $ 2,384.02 |
| 368 | 2/8/08 | Terrence O'Brien | $ 344.05 |

Total amount is $19,434.86.

/s/ ROBERT A. PUMMILL
ROBERT A. PUMMILL, TRUSTEE
10312 W 142nd
Overland Park, Kansas 66221
(913)681-6175

**CERTIFICATE OF MAILING**

The undersigned certifies that a copy of the foegoing was deposited in the U.S. Mail, first, class, postage pre-paid on the 26th day of January 26, 2010 to all creditors who filed a claim. And the U.S. Trustee's Office.

/s/Robert A. Pummill