IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

IN RE:

George L. Young

DEBTOR.

CASE NO. 01-50704



### APPLICATION FOR THE RECOVERY OF UNCLAIMED FUNDS

COMES NOW the claimant, Dilks & Knopik, LLC, attorney-in-fact for Thorne Donnelley, Jr., claimant, hereby petitions the Court for $13,442.35, which is the sum of all monies being held in the registry of this court as unclaimed funds, which are due to Thorne Donnelly, creditor. A dividend check in the amount totaling $13,442.35 was not negotiated by the creditor and the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, US Bankruptcy Court.

The creditor did not receive the dividend check in the above case for the following reason:

The original dividend check was mailed to Thorne Donnelley at 209 Banyan Road, Pebble Beach, FL 33480. That address listed an incorrect city. The correct city is Palm Beach, FL, as evidenced by exhibit A. Thorne Donnelley has since moved and is now located at the address listed below.

The creditor's current mailing address, phone and social security/tax identification number are:

Thorne Donnelley, Jr.
622 N. Flagler Drive
West Palm Beach, FL 33401
561-659-7159
Last four digits of SSN/TIN: 7090

Claimant now seeks to recover the funds from the Court's Registry. Wherefore, claimant prays that, upon proper notice to the U.S. Attorney's Office, the Court order that a check in the amount of **$13,442.35** made payable to **Thorne Donnelley, Jr.** c/o Dilks & Knopik, LLC be issued from the Court's Registry.

Dated: May 11, 2010              Respectfully Submitted: _____
                                 Brian J. Dilks, Managing Member
                                 Dilks & Knopik, LLC, Attorney in Fact for
                                 Thorne Donnelley, Jr.
                                 PO Box 2728
                                 Issaquah, WA 98027
                                 (425) 836-5728

On 5/11/10 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_____
Caryn M. Dilks, Notary Public
for the State of Washington, County of King
My Commission Expires: July 29, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

IN RE:                                §
                                      §   CASE NO. 01-50704
    George L. Young              §
                                      §
DEBTOR.                               §
                                      §

## CERTIFICATE OF SERVICE

I, Brian J. Dilks, Managing Member of Dilks & Knopik, LLC, the undersigned, do declare that on May 11, 2010, I served a true and correct copy of the within document via United States Mail, with postage thereon fully prepaid, to the following individual(s) as follows:

    U.S. Attorney's Office
    Bradley J. Schlozman, USA
    Charles E. Whittaker Courthouse
    400 E. 9th Street
    Kansas City, MO 64106

    George L. Young
    Debtor
    #15606-056, FCI Butner, PO Box 1600
    Butner, NC 27509

I declare, under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 11, 2010        Respectfully Submitted: _____
                                                              Brian J. Dilks, Managing Member
                                                              Dilks & Knopik, LLC, Attorney in Fact for
                                                              Thorne Donnelley, Jr.
                                                              PO Box 2728
                                                              Issaquah, WA 98027
                                                              (425) 836-5728

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

RE: George L. Young

Debtor(s)

Case: 01-50704

**AUTHORITY TO ACT**
**Limited Power of Attorney**
**LIMITED TO ONE TRANSACTION**

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Thorne Donnelley, Jr.** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$13,442.35** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____        Date  5/7/20 _20_10_
Thorne Donnelley, Jr.
Tax ID: XXX-XX- 7090

### ACKNOWLEDGMENT

STATE OF Florida )          COUNTY OF Palm Beach

On this 7th day of May, 2010, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Thorne Donnelley Jr known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.
NOTARY PUBLIC Corinne T. Seitz
Residing at PB, Florida
My Commission expires May 16, 2014

**CORINNE T. SEITZ**
Notary Public - State of Florida
My Comm. Expires May 16, 2014
Commission # DD 966797
Bonded Through National Notary Assn.



| A. SETTLEMENT STATEMENT | U.S. Department of Housing and Urban Development | | |
|---|---|---|---|
| | | | OMB No. 2502-0265 |

**B. Type of Loan**

| 1. ___ FHA   2. ___ FmHA   3. ___ Conv. Unins.   4. ___ VA   5. ___ Conv. Ins. | 6. File Number: 02-201C | 7. Loan Number: | 8. Mortgage Insurance Case Number: |
|---|---|---|---|

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked (P.O.C.) were paid outside the closing; they are shown here for information purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| John J. McAtee Jr.<br>Roslynn Glenn McAtee<br><br>c/o Doyle Rogers, Esq.<br>321 Royal Poinciana Plaza, South 33480 | Thorne Donnelley Jr.<br>━━━━━ Donnelley<br><br>209 Banyan Road<br>Palm Beach, FL 33480 | |

| G. Property Location | H. Settlement Agent: PHOENIX TITLE INSURANCE CORPORATION | |
|---|---|---|
| 209 Banyan Road<br>Palm Beach, FL 33480<br>Meets and Bounds | Place of Settlement<br>2875 South Ocean Boulevard #216<br>Palm Beach, FL 33480 | I. Settlement Date<br>08/01/02<br>DD: 08/01/02 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| 100. Gross Amount Due From Borrower | | 400. Gross Amount Due To Seller | |
| 101. Contract sales price | ▓▓▓ | 401. Contract sales price | ▓▓▓ |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | ▓▓▓ | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/town taxes to | | 406. City/town taxes to | |
| 107. County taxes to | | 407. County taxes to | |
| 108. Assessments 08/01 to 10/01 | ▓▓▓ | 408. Assessments 08/01 to 10/01 | ▓▓▓ |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | ▓▓▓ | 420. GROSS AMOUNT DUE TO SELLER | ▓▓▓ |
| 200. Amounts Paid By or In Behalf of Borrower | | 500. Reductions In Amount Due To Seller | |
| 201. Deposit or earnest money | ▓▓▓ | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | ▓▓▓ |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan Northern Trust | ▓▓▓ |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/town taxes to | | 510. City/town taxes to | |
| 211. County taxes 01/01 to 08/01 | ▓▓▓ | 511. County taxes 01/01 to 08/01 | ▓▓▓ |
| 212. Assessments to | | 512. Assessments to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | ▓▓▓ | 520. TOTAL REDUCTION AMOUNT DUE SELLER | ▓▓▓ |
| 300. Cash At Settlement From or To Borrower | | 600. Cash At Settlement To or From Seller | |
| 301. Gross amount due from borrower (line 120) | ▓▓▓ | 601. Gross amount due to seller (line 420) | ▓▓▓ |
| 302. Less amounts paid by/for borrower (line 220) | ▓▓▓ | 602. Less reduction amount due seller (line 520) | ▓▓▓ |
| 303. CASH    FROM    BORROWER | ▓▓▓ | 603. CASH    TO    SELLER | ▓▓▓ |

You are required by law to provide the Settlement Agent with your correct taxpayer identification number. If you do not provide PHOENIX TITLE INSURANCE CORPORATION with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law.
CERTIFICATION: Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

| ▓▓▓ | | _[signature]_ 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 |
|---|---|---|
| Thorne Donnelley Jr.    Tax ID Number | | Patricia J. Donnelley    Tax ID Number |

SELLER INSTRUCTIONS: If this real estate was your principal residence, file Form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of Form 4797, Form 6252 and/or Schedule D (Form 1040).
SUBSTITUTE 1099: The information contained in Blocks E, G, H, I and on line 401 (or, if Form 401 is asterisked, lines 403 and 404) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

RESPA, HB 4305.2 — REV. HUD-1 (3/86)

Exhibit ___A___
Page ___1___ of ___1___